# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

| | |
|---|---|
| **Donald Newell**            ) | Civil Action No.: 7:25-CV-4228-DCC |
| )  ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.            ) | |
| ) | **NOTICE OF APPEARANCE** |
| **JASON B. JOHNSON and DOS**   ) | |
| **HIJAS TRUCKING, LLC.**    ) | |
| ) | |
| **Defendants.**   ) | |

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that Mark S. Barrow and Adam M. Crain, of Sweeny, Wingate & Barrow, P.A., as appearing on behalf of Defendant's, Jason B. Johnson and Dos Hijas Trucking, LLC., in the above-captioned matter.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow, Federal ID No. 1220
Adam M. Crain, Federal ID No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina

July 14, 2025