## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| Donald Newell,<br><br>                      Plaintiff,<br><br>v.<br><br>Jason B. Johnson and<br>Dos Hijas Trucking, LLC,<br><br>                      Defendants. | Case No.: 7:25-cv-04228-DCC<br><br>**SUGGESTION OF DEATH OF DONALD NEWELL** |

      As required by Rule 25, Fed. R. Civ. P., counsel for Plaintiff hereby provides notice to all parties and the Court of the death of Donald Newell. The undersigned is in communication with the family of the Decedent, and is working to set up an estate to be substituted as the Plaintiff in this action pursuant to Rule 25(a), Fed. R. Civ. P.

                                              **MORGAN & MORGAN P.A.**

                                              */s/ Cooper Klaasmeyer*
                                              JAMES G. BIGGART II, ESQ.
                                              Federal ID: 14195
                                              COOPER KLAASMEYER, ESQ.
                                              Federal ID: 14272
                                              4401 Belle Oaks Drive, Suite 300
                                              North Charleston, SC 29405
                                              Telephone: (843) 973-5186
                                              Fax: (843) 947-6113
                                              jbiggart@forthepeople.com
                                              cooper.klaasmeyer@forthepeople.com
                                              biggartlitigation@forthepeople.com
                                              **Attorneys for the Plaintiff**

March 2, 2026
North Charleston, South Carolina