IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Donald Newell , | ) | Case No.:  7:25-cv-4228-DCC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MOTION FOR ENTRY OF |
| | ) | SECOND AMENDED |
| JASON B. JOHNSON and DOS HIJAS TRUCKING, LLC., | ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |

**TO: THE UNITED STATES DISTRICT COURT**

The parties consent and hereby move the Court for a Consent Amended Scheduling Order in the above-referenced case. A proposed order is being emailed to Chambers. This consent-motion is made pursuant to L. Civ. R. 6.01 and good cause is shown as follows:

1) The Plaintiff and the Defendants agree to this motion for an amended scheduling order.

2) This is the first request for an Amended Scheduling Order beyond that which was submitted with the Rule 26(f) report and the case is less than one year old.

3) It has come to the attention of Counsel in this matter that Donald Newell died at the end of 2025, thereby changing the nature of this case.

4) Counsel for the Plaintiff and the family of the Plaintiff are working to establish the personal representative of and open the estate in SC probate court so that the lawsuit may continue.

5) Once the particulars of the Estate are established, the Plaintiff will need to substitute the Estate for Mr. Newell, but that is not ready to be done at this time.

6) The death of Mr. Newell has changed the strategy in this case, given that he cannot provide testimony. Both the Plaintiff and Defendants need additional time to procure and establish the evidence needed to be in a position to name experts and prepare for mediation and/or trial of this case.

7) Both Plaintiff and Defendants are continuing with discovery which included an original effort to depose both the Plaintiff and Defendant at the end of January 2026, which was then upended by Mr. Newell's passing. Medical subpoenas and other evidence collection related to Mr. Newell's prior workers compensation claim(s) is ongoing.

8) The amended scheduling order would add 120 days to the Plaintiff's expert disclosure deadline and all deadlines after that and is being provided contemporaneously with the filing of this Motion.

Given the agreement between parties and good cause shown above, it is respectfully requested that this motion be GRANTED.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow Fed. I.D. No. 1220
Adam M. Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

**MORGAN & MORGAN**

s/Cooper Klaasmeyer
James G. Biggart II Fed. I.D. No. 14195
M. Cooper Klaasmeyer Fed. I.D. No. 14272
Morgan and Morgan
4401 Belle Oaks Drive, Suite 300
N. Charleston, SC 29405
(843) 973-5180

**ATTORNEYS FOR THE PLAINTIFF**

Columbia, South Carolina

March 4, 2026