## RETURN OF SERVICE

| Case:<br>7:25-cv-4228-DCC | Court:<br>United States District Court for the District of South Carolina | County: | Job:<br>16526382 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Donald Newell | | **Defendant / Respondent:**<br>Jason B. Johnson, et al. | |
| **Received by:**<br>Magna Legal Services | | **For:**<br>Sweeny, Wingate & Barrow, P.A. | |
| **To be served upon:**<br>Ms. Shannon Starnes Newell | | | |

I, Suzanne Wright, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Ms. Shannon Starnes Newell, Home: 1414 Auten Rd., Rock Hill, SC 29730

**Manner of Service:**   Personal/Individual , Aug 7, 2026, 5:42 pm

**Documents:**   Letter dated July 21, 2026; Suggestion of Death of Donald Newell

**Additional Comments:**
1) Unsuccessful Attempt: Aug 5, 2026, 10:49 am at Home: 1414 Auten Rd., Rock Hill, SC 29730
There was no answer at the door, and no activity was seen or heard. A silver-gray SUV was parked in the driveway.

2) Successful Attempt: Aug 7, 2026, 5:42 pm at Home: 1414 Auten Rd., Rock Hill, SC 29730
The documents were personally received by Ms. Shannon Starnes Newell.

Description of Individual Served: Age: 40's; Ethnicity: Caucasian; Gender: Female; Weight: 170 +/- lbs.; Hair: Brown

_Suzanne Wright_   08/10/2026
_____
Suzanne Wright          Date

6858 Guinevere Drive
Charlotte, NC 28277
951-353-8281