

## SWEENY WINGATE & BARROW P.A.

July 21, 2026

Reply to: Main Office

**Adam M. Crain**
**(803) 256-2233**
**amc@swblaw.com**

Ms. Shannon Starnes Newell
1414 Auten Rd.
Rock Hill, SC 29730

RE:  Donald Newell v. Jason B. Johnson and Dos Hijas Trucking, LLC
Civil Action No.:  7:25-cv-4228-DCC
Our File:  7026-15692

Dear Ms. Newell or to whom it may concern,

I represent Jason B. Johnson and Dos Hijas Trucking, LLC in a lawsuit originally filed by Mr. Donald Newell. This letter is my undertaking to fulfill the duties set forth by *Fariss v. Lynchburg Foundry*, 769 F.2d 958, 962 (4th Cir. 1985).

A filing has been entered in the Court indicating that Mr. Newell has passed away. I have included the filing with this letter. Please note that Rule 25(a) of the Federal Rules of Civil Procedure mandates that the case be dismissed should Mr. Newell's estate not be substituted as a party within 90 days.

If you and/or Mr. Newell's estate has a lawyer and/or personal representative, please provide this letter to that individual.

Yours truly,

**SWEENY, WINGATE & BARROW, P.A.**

Adam M. Crain

AMC/amc

CC via email:  Cooper Klaasmeyer, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Donald Newell, | | |
| | Plaintiff, | Case No.: 7:25-cv-04228-DCC |
| v. | | |
| Jason B. Johnson and Dos Hijas Trucking, LLC, | | **SUGGESTION OF DEATH OF DONALD NEWELL** |
| | Defendants. | |

As required by Rule 25, Fed. R. Civ. P., counsel for Plaintiff hereby provides notice to all parties and the Court of the death of Donald Newell. The undersigned is in communication with the family of the Decedent, and is working to set up an estate to be substituted as the Plaintiff in this action pursuant to Rule 25(a), Fed. R. Civ. P.

**MORGAN & MORGAN P.A.**

*/s/ Cooper Klaasmeyer*
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843) 947-6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
biggartlitigation@forthepeople.com
**Attorneys for the Plaintiff**

March 2, 2026
North Charleston, South Carolina