**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| **Donald Newell ,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JASON B. JOHNSON and DOS HIJAS TRUCKING, LLC.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 7:25-cv-4228-DCC**<br><br><br><br>**STATUS REPORT** |

**TO: THE UNITED STATES DISTRICT COURT**

The Defendants file this status report in response to the Court's inquiry at Dkt. 23. There is no Plaintiff.

Mr. Newell is deceased and no notice of appearance has been made by his estate. On March 2, 2026 a Suggestion of Death was filed by Mr. Newell's counsel (Dkt. 15). On June 11, 2026, the Defendants moved to dismiss the case based on Rule 25(a). That motion was denied on July 21, 2026 due to no evidence of the Defendants serving the suggestion of death on Mr. Newell's next of kin or estate. Thereafter, on August 7, 2026 a letter from the below signed and the suggestion of death were served on Ms. Shannon Newell, who Defendants understand to be Mr. Newell's surviving spouse. *See* Dkt. 22. Should the Estate not make an appearance in the time allowed by Rule 25(a), Defendants will re-file their Motion to Dismiss. If the Estate does make an appearance, Defendants expect that the parties will need to request a new scheduling order so the matter can continue to be litigated to completion.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Adam M. Crain
Mark S. Barrow Fed. I.D. No. 1220
msb@swblaw.com
Adam M. Crain Fed. I.D. No. 13355
amc@swblaw.com
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

September 30, 2026